# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Criminal Case No. 09-cr-00435-CMA-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**2.      JESUS RAMIREZ-RAMIREZ,**

      Defendant.

---

## ORDER TO REDUCE TERM OF IMPRISONMENT
## TO TIME SERVED

---

This matter is before the Court on a motion filed by the government's Motion To Reduce Sencence (Doc. # 121), filed pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of Defendant Jesus Ramirez-Ramirez to time served, and commencement of a five-year term of supervised release previously imposed.  The Court finds:

      1.      Defendant Jesus Ramirez-Ramirez pled guilty to violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(vii), Distribution and Possession with Intent to Distribute 50 Grams or more of Actual Methamphetamine.

      2.      On December 2, 2010, the Court sentenced Mr. Ramirez-Ramirez to a 40-month term of imprisonment, followed by a five year term of supervised release.

      3.      Mr. Ramirez-Ramirez, age 34, has been diagnosed with a brain tumor in the left temporal lobe.  Aggressive treatment has not prevented recurrence of the

tumor. While he is able to perform his Activities of Daily Living and ambulates with a walker, his prognosis is poor and his life expectancy is less than one year.

4.      Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the court, upon motion of the Director of the Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction. The Director of the Bureau of Prisons contends, and this Court agrees, that the Defendant's terminal medical condition and very limited life expectancy constitute extraordinary and compelling reasons that warrant the requested reduction.

IT IS THEREFORE ORDERED that Defendant Ramirez-Ramirez's term of imprisonment is hereby reduced to the time he has already served.

IT IS FURTHER ORDERED that Defendant Ramirez-Ramirez shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and travel arrangements can be made.

IT IS FURTHER ORDERED that, upon his release from the custody of the Federal Bureau of Prisons, Defendant Ramirez-Ramirez shall begin serving the five-year term of supervised release previously imposed.

IT IS FURTHER ORDERED that Defendant Ramirez-Ramirez is prohibited from obtaining a driver's license or driving any motor vehicle.

DATED: June __11__, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge